BEFORE THE FIRST DIVISION, NOVEMBER 6, 1942

**No. 47703.**—Protests 76166–K, etc., of Cisco, Inc., et al. (New York).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47704.**—Protests 820064–G, etc., of A & P Packing Co., Inc., et al. (New York).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47705.**—Protests 869877–G, etc., of Allied Stores, Inc., et al. (New York).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, NOVEMBER 6, 1942

**No. 47706.**—Protests 837417–G, etc., of G. Albrecht Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47707.**—Protests 73782–K, etc., of Herman Cohen & Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, NOVEMBER 9, 1942

**No. 47708.**—Protest 809574–G of Eric Wedemeyer (New York).

Opinion by OLIVER, P. J. The merchandise in question consists of dice games operated in the same manner and containing mechanical features identical with those passed upon in Abstract 46177. In accordance with stipulation of counsel and on the authority of Abstract 46177 the claim at 27½ percent under paragraph 372 was sustained.